AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

**07 CV 6752**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Marlies Monday

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/25/2007 | _[signature]_ |
| Date | Signature |
| | Deborah Lepow Ziegler            PHV789 |
| | Print Name                        Bar Number |
| | 4265 San Felipe, Suite 1000 |
| | Address |
| | Houston          TX           77027 |
| | City              State         Zip Code |
| | (713) 622-7271    (713) 623-8724 |
| | Phone Number      Fax Number |